POOLEY, Respondent, *v.* SENIOR, Appellant.

*(Superior Court of New York City, General Term.* January 11, 1892.)

Action by William N. Pooley against Mendez D. Senior.  Motion by plaintiff to vacate previous order of general term.  For former report, see 17 N. Y. Supp. 608, *mem.*

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*H. M. Hitchings,* for the motion.  *W. L. O'Neill,* opposed.

PER CURIAM.  Plaintiff's motion should be granted so far as it asks that the general term order of October 10, 1891, be vacated and set aside, and the plaintiff should have $10 costs of motion, to be paid by defendant's attorney personally.

———

RANDALL, Respondent, *v.* SHERMAN *et al.,* Appellants.

*(Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from special term.

Action by Samuel H. Randall against Jacob A. Sherman and another.  Defendants appeal from an order of reference.

Argued before FREEDMAN and GILDERSLEEVE, JJ.

*John Brooks Leavitt,* for appellants.  *Samuel H. Randall, in pro. per.*

PER CURIAM.  The order should be affirmed, with $10 costs.

———

SUTRO *et al.,* Respondents, *v.* MANHATTAN Ry. Co. *et al.,* Appellants.

*(Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from special term.

Action by Emanuel S. Sutro and another against the Manhattan Railway Company and the Metropolitan Elevated Railroad Company for an injunction to restrain the maintenance and operation of defendants' railroad in the street abutting plaintiffs' premises and for damages.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Davies, Short & Townsend,* (*Edward B. Thomas,* of counsel,) for appellants.  *Peckham & Tyler,* (*E. W. Tyler* and *E. A. Hibbard,* of counsel,) for respondents.

PER CURIAM.  The judgment should be affirmed, with costs.

———

ZIMMERMAN, Respondent, *v.* BROADWAY & S. A. R. Co., Appellant.

*(Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from trial term.

Action by Frederick Zimmerman against the Broadway & Seventh Avenue Railroad Company, for personal injuries.  Verdict and judgment for plaintiff.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.

*Root & Clarke,* for appellant.  *Larned & Warren,* for respondent.

FREEDMAN, J.  The action is for personal injuries alleged to have been sustained by the plaintiff through the negligence of defendant's servants. Upon the trial all questions in dispute were submitted to the jury under a charge to which no exception was taken, and the jury found for the plaintiff. There was no error in the admission or exclusion of evidence, and, upon a